**Order entered May 6, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00480-CV

### IN RE PETRONA DEL CARMEN VALENCIA-DE RIVAS, Relator

### Original Proceeding from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-10235

# ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/ KEN MOLBERG
   JUSTICE